

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-16-00456-CV

**IN THE INTEREST OF S.L.M., ET AL, CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01559
Honorable Richard Garcia, Judge Presiding

## O R D E R

      This is a parental termination case in which appellant mother ("Mother") filed a notice of appeal, asserting she is appealing an order rendered on or about July 15, 2016 that terminated her parental rights to her children.  In the filing in this court, the notice of appeal did not contain a copy of the alleged order from which she contends she is appealing.  On August 1, 2016, the Bexar County district clerk filed the clerk's record, and it also does not contain a copy of a signed order terminating Mother's parental rights.  Rather, the clerk's record contains a document entitled "JUDGE'S NOTES," and on page 3 of the "JUDGE'S NOTES" is a handwritten entry of "Order" and "term. Granted; M-D/E/O/N; F-N/O."

      This court has specifically held that "[a] judge's handwritten notes are for his or her own convenience and form no part of the record."  *In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804584, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (citing *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.)).  In other words, judge's notes do not constitute an appealable order.  *See id.*  Thus, it appears there is no judgment or order from which appellant may appeal.

      Accordingly, we order appellant to show cause in writing to this court on or before **August 22, 2016**, why this appeal should not be dismissed for lack of jurisdiction based on the absence of an appealable order or judgment.  We further order the appellate deadlines suspended until further order of this court.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_____
Keith E. Hottle, Clerk